Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

*Attorneys for The Clorox Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Application of ELEANOR de LEON Under 28 U.S.C. §1782 for Discovery from The Clorox Company,<br><br>Petitioner. | CASE NO. 4:19-mc-80296-DMR<br><br>**DECLARATION OF TODD BROCK IN SUPPORT OF THE CLOROX COMPANY'S MOTION TO QUASH ELEANOR DE LEON'S SUBPOENAS UNDER 28 U.S.C. § 1782 AND RULE 45**<br><br>Mag. Judge:     Hon. Donna M. Ryu<br>Hearing Date:  Not Set Yet<br>Time:           Not Set Yet<br>Courtroom:      4 |

**DECLARATION OF TODD BROCK**                                   4:19-MC-80296-DMR

## DECLARATION OF TODD BROCK

I, Todd Brock, hereby declare as follows:

1. I am currently a Vice President and General Manager overseeing operations in Europe and the Middle East for The Clorox Company ("Clorox") and am based in its London office. I have served in this position since 2015 and been employed by Clorox for over 20 years. I have personal knowledge of the facts set forth herein unless otherwise stated, and, if properly called as a witness, I could and would competently testify hereto. As to other matters stated herein, I am informed and believe them to be true based upon documentation I have reviewed and in my possession. I submit this declaration in support of The Clorox Company's Motion to Quash.

2. In Saudi Arabia, the manufacture, distribution and management of Clorox-branded products occurs primarily through two joint venture entities in which Clorox (through legally separate entities in Delaware and the Cayman Islands) owns a minority interest as a passive shareholder, and to which Clorox has issued product and trademark licenses. These two joint venture entities are Mohamed Ali Abudawood & Partners for Industry Company ("Abudawood & Partners") and National Cleaning Products Company ("National Cleaning"). Abudawood & Partners is located in Jeddah, Saudi Arabia, and National Cleaning is based in Dammam, Saudi Arabia.

3. Clorox, to which Ms. de Leon's subpoenas was issued, does not hold any direct interest in Abudawood & Partners or National Cleaning. Ownership of the joint ventures is split between multiple entities, and Clorox only indirectly holds passive minority interests in the two joint ventures. The Cayman Islands-based Clorox (Cayman Islands) Limited ("Clorox Cayman") owns approximately 30 percent of Abudawood & Partners as a passive shareholder, and the Delaware-based Clorox International Company ("Clorox International") owns approximately 30 percent of National Cleaning as a passive shareholder. Al Wafra International Company for Industrial Investments ("Al Wafra") based in Saudi Arabia, which is not affiliated with Clorox, owns approximately 30 percent of the joint ventures. Another Saudi company, Hussein Hassan Abudawood & Partners Holding Co. ("Hussein Hassan"), which is also not affiliated with Clorox, owns approximately 40 percent of the joint ventures. In both Saudi joint ventures (Abudawood & Partners and National Cleaning), the Saudi shareholders control the day-to-day operations of such entities.

4. Clorox is headquartered in Oakland, California, owns no interests in Al Wafra or Hussein Hassan, and has limited access into the financial records and ownership of Al Wafra or Hussein Hassan.

5. The business and finance teams for all Clorox Middle East operations, including for our minority stakes in the two Saudi joint ventures, are based primarily out of Clorox's London office. This Clorox office, its operations, and records management systems of course remain subject to applicable UK privacy laws and obligations.

6. To the extent that Clorox has materials responsive to Ms. de Leon's subpoena, some may need to be reviewed on site at our offices in London, Dubai and Oakland or at off-site storage facilities, which are currently closed due to the COVID-19 global pandemic. Further, as the company's relationship with the joint ventures has been in existence since approximately the 1960s, and many of the document subpoena categories are not limited in time, locating responsive documents would be a time-consuming and expensive undertaking.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 1st day of May, 2020, in London, England.

_____
Todd Brock

**DECLARATION OF TODD BROCK**  4:19-MC-80296-DMR

2