1  Mark Holscher (SBN 139582)
   mark.holscher@kirkland.com
2  R. Alexander Pilmer (SBN 166196)
   alexander.pilmer@kirkland.com
3  John Christopher Korevec (SBN 310157)
4  john.korevec@kirkland.com
   KIRKLAND & ELLIS LLP
5  555 South Flower Street, Ste. 3700
   Los Angeles, California 90071
6  Telephone: (213) 680-8400
7  Facsimile:  (213) 680-8500

8  *Attorneys for The Clorox Company*

9

10                    **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

| **In the matter of Application of ELEANOR de LEON Under 28 U.S.C. §1782 for Discovery from The Clorox Company,** <br><br> **Petitioner.** | CASE NO. 4:19-mc-80269-DMR <br><br> **[PROPOSED] ORDER GRANTING THE CLOROX COMPANY'S MOTION TO QUASH ELEANOR DE LEON'S SUBPOENAS UNDER 28 U.S.C. § 1782 AND RULE 45** <br><br> Magistrate Judge: Hon. Donna M. Ryu <br> Courtroom:        4 |
|---|---|

1. The Clorox Company's Motion to Quash Eleanor de Leon's Subpoenas under 28 U.S.C. § 1782 and Rule 45 (the "Motion") came before this Court. Having considered the papers filed in support and in opposition to the Motion, and having considered the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that The Clorox Company's Motion is GRANTED, and the Court hereby quashes Eleanor de Leon's subpoenas.

**IT IS SO ORDERED**.

DATED:  May ___, 2020

Honorable Donna M. Ryu