Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
R. Alexander Pilmer (SBN 166196)
alexander.pilmer@kirkland.com
John Christopher Korevec (SBN 310157)
john.korevec@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

*Attorneys for The Clorox Company*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the matter of Application of ELEANOR de LEON Under 28 U.S.C. § 1782 for Discovery from The Clorox Company,**<br><br>**Petitioner.** | CASE NO. 4:19-mc-80296-DMR<br><br>**DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE CLOROX COMPANY'S MOTION TO QUASH ELEANOR DE LEON'S DISCOVERY SUBPOENAS UNDER 28 U.S.C. § 1782 AND RULE 45**<br><br>*[The Clorox Company's Motion To Quash Eleanor De Leon's Subpoenas Under 28 U.S.C. § 1782 And Rule 45; Supporting Memorandum Of Points And Authorities filed Concurrently]*<br><br>Mag. Judge:   Hon. Donna M. Ryu<br>Hearing Date: Not Set Yet<br>Time:         Not Set Yet<br>Courtroom:    No. 4 |

**DECLARATION OF MARK HOLSCHER IN SUPPORT OF CLOROX'S MOTION TO QUASH**

**DECLARATION OF MARK HOLSCHER**

I, Mark Holscher, hereby declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP, and am representing third party The Clorox Company, in the above-captioned case and also represent the Proposed Intervenors Mohamad Ali Abudawood & Partners for Industry Company and National Cleaning Products Company. I submit this declaration in support of the Clorox Company's Motion to Quash Eleanor de Leon's Subpoenas under 28 U.S.C. § 1782 and Rule 45 (the "Motion"). I have personal knowledge of the facts set forth below and, if called upon as a witness, I could and would testify competently to them.

2. On April 28, 2020, I conferred with John Pinney, counsel for Ms. de Leon in this case. During that call, I informed Mr. Pinney that my firm and I are representing Clorox and the Abudawood parties in connection with Ms. de Leon's subpoenas and I requested an extension of time to file Clorox's present Motion while the parties meet and conferred concerning the burden and scope of Ms. de Leon's discovery requests. Mr. Pinney declined to offer an extension. Mr. Pinney also indicated that he had sent two letters to Clorox's in-house counsel, which I requested that he forward to me. Mr. Pinney forwarded the letters to me later that day, true and correct copies of which are attached as **Exhibits A & B.**

3. Notwithstanding Mr. Pinney's declination to extend Clorox's filing date, I attempted to confer with him regarding the burden placed on Clorox by Ms. de Leon's subpoenas and a potential compromise to obviate the need for the current Motion. Mr. Pinney indicated that he needed to check with his client and would get back to me. Attached as **Exhibit C** is a true and correct copy of the e-mail chain memorializing the discussions between Mr. Pinney and me on April 28, 2020.

4. Mr. Pinney responded to my request for his client's position regarding an agreement that would limit the burden of Ms. de Leon's subpoenas on Clorox on April 29, 2020, by seeking a detailed explanation of Clorox's files and systems before discussing narrowing the scope of the requests. He also reiterated his belief that Clorox should be required to search "worldwide" for responsive documents.

5. I responded to Mr. Pinney explaining that his focus was too narrow, and that the vast scope of the subpoenas on their face is unduly burdensome for Clorox and offered concrete ways to

1

**DECLARATION OF MARK HOLSCHER IN SUPPORT OF CLOROX'S MOTION TO QUASH**

1  narrow the subpoenas.  I also reiterated my request for an extension for filing this Motion in light of the
2  ongoing negotiations.  Mr. Pinney responded on May 3, 2020, and again declined my requested
3  extension and indicated that the parties were far from reaching an agreement as to the scope of Ms. de
4  Leon's subpoenas. A true and correct copy of our correspondence is attached as **Exhibit D**.

  6. Attached as **Exhibits E and F** are true and correct copies Clorox's objections to each of Ms. de Leon's 101 document requests and 47 deposition topics.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 4th day of May, 2020, in Los Angeles, California.

| DATED:  May 4, 2020 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP |
|---|---|
| | */s/ Mark Holscher* |
| | Mark Holscher  (SBN 139582)<br>mark.holscher@kirkland.com<br>R. Alexander Pilmer (SBN 166196)<br>alexander.pilmer@kirkland.com<br>John Christopher Korevec (SBN 310157)<br>john.korevec@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Ste. 3700<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile:  (213) 680-8500 |
| | *Attorneys for The Clorox Company* |

2
**DECLARATION OF MARK HOLSCHER IN SUPPORT OF CLOROX'S MOTION TO QUASH**