# EXHIBIT B



**GRAYDON**

312 Walnut Street
Suite 1800
Cincinnati, OH 45202

Main    513 621 6464
Fax     513 651 3836

April 26, 2020

Via FedEx

Laura Stein, Esq..
Executive Vice President and General Counsel
The Clorox Company
1221 Broadway
Oakland, CA 94612

      *Re: Petition of Eleanor de Leon under 28 U.S.C. §1782*
        *United States District Court, Northern District of California*
        *Case No. 4:19-mc-80296-DMR*

Dear Ms. Stein:

  This letter is to follow-up to my earlier letter dated April 11, 2020, which was delivered to Clorox headquarters on April 14, 2020. A copy of that letter is enclosed, without enclosures.

  The subpoenas that were referenced and enclosed with my said April 11th letter were formally served via CT Corporation System, Clorox's registered agent, at its Los Angeles office, on Monday, April 13, 2020. That means that, per Judge Ryu's order of April 10, 2020, should Clorox desire to contest the subpoenas, it must do so by motion not later than 21 calendar days after service, or by May 4, 2020.

  I am writing to suggest again that you or other counsel Clorox contact me right away to engage early this week to discuss the scope and potential burden posed by these subpoenas. The opportunity to do so is now and not after the Court has affirmatively ordered compliance with the subpoenas. As also mentioned in my letter, the district court in Cincinnati has already ordered compliance with similar subpoena issued to Procter & Gamble.

  I expect to be available to "meet & confer" by phone or video conference for most of this week. This is a matter of urgency.

            Sincerely,

            GRAYDON HEAD & RITCHEY LLP

             s/John B. Pinney
            John B. Pinney

JBP:tsl

April 26, 2020
Page 2



c. Roula Alouch, Esq.
Margaret Ng, Esq.
Ewan E. Rhow, Esq.
Oliver Rocos, Esq.

Enclosure:

April 11, 2020, Letter to Laura Stein, Esq.

April 26, 2020
Page 3



Enclosures
1. Original Subpoena for Production of Documents
2. Original Subpoena for the Taking of a Deposition
3. Check No. 5635 for $42 payable to The Clorox Company
4. Petition for Issuance of an Order under 28 U.S.C. §1782
5. Declaration of Eleanor de Leon
6. Declaration of Dr. Adli Hammad
7. Exhibit 1 to Petition (Proposed Document Subpoena)
8. Exhibit 2 to Petition (Proposed Deposition Subpoena)
9. Exhibit 3 to Petition (Proposed Protective Order)
10. *Ex Parte* Motion for Order to Show Cause
11. Memorandum of Points & Authorities
12. Order on Ex Parte Application for Issuance of an Order under 28 U.S.C. §1782 – April 10, 2020
13. Order, Magistrate Judge Bowman, Southern District of Ohio – January 27, 2020
14. Decision and Entry Affirming the Order of the United States Magistrate Judge, Judge Black, Southern District of Ohio – March 12, 2020