# EXHIBIT C

**From:** "Holscher, Mark C." <mholscher@kirkland.com>
**Date:** April 28, 2020 at 4:57:18 PM PDT
**To:** "Pinney, John B." <JPinney@Graydon.law>
**Subject: RE:  de Leon [IWOV-CN.FID629816]**

John,

I will confer again with my clients and look forward to speaking again this week if you would like to follow-up on my offer to you on our call for Clorox to produce a narrower set of documents.   I did not have either of your two letters to Clorox when we spoke, as you did not know our firm represented Clorox.  Serendipitously it turned out that the purpose of my call was exactly what you asked for in your letter -- I wanted to discuss Clorox producing a narrower set of JV financial in order to avoid the burden of protracted litigation.  I understood you to say that you needed to check with your clients before you get back to me.

I think the ball is in your court.  If your client is interested in discussing something as I suggested, I am more than happy to talk again at your convenience this week. I understood from our call that you would not agree to move out our filing in the N.D. of CA while we had such discussions. That, of course, is entirely proper and your prerogative. But we would welcome you reconsidering your position to allow us to confer further.

Thanks,

Mark

**Mark Holscher**

===================================================
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8190  **M** +1 310 739 2459
**F** +1 213 680 8500
===================================================

mark.holscher@kirkland.com

---

**From:** Pinney, John B. <JPinney@Graydon.law>
**Sent:** Tuesday, April 28, 2020 2:51 PM
**To:** Holscher, Mark C. <mholscher@kirkland.com>
**Subject:** [EXT] de Leon [IWOV-CN.FID629816]

Mark:

I was just writing you when I received your message below.  Attached is my letter sent yesterday to Ms. Stein at Clorox, along with a copy of my earlier letter dated April 11th.

I appreciated the tone of our conversation and, notwithstanding our probable need to continue with the 1782 litigation in both Washington and Oakland, I will share the substance of our discussions with Ms. de Leon and my co-counsel in LA with the hope that something positive might ultimately develop.

Moreover, even though I believe it is in Ms. de Leon's interest to press on in both Washington and Oakland, I also am sincere about engaging about considering whether an agreement can be reached regarding the scope of the subpoenas.

However, I'm frankly not sure how to address the undue burden issue going forward in light of your joint representation of both the Abudawood parties and Clorox.  It would seem to me that for the Abudawood parties the issue of burden is largely immaterial but for Clorox it is likely paramount.  This is especially important from the Petitioner's perspective because of its duty to avoid imposing undue burden on Clorox.  I suggest that we should engage again, hopefully yet this week, to address how we should engage with you and address how productively to deal with the issues of scope and burden.  I'll leave it to you to reach out if your clients wish to do so before submitting your motions in the Oakland case.

I look forward to continuing our discussions.

Regards,
John



**JOHN B. PINNEY**
Attorney
jpinney@graydon.law

312 Walnut Street
Suite 1800
Cincinnati, OH 45202

Direct   513.629.2730
Mobile   513.484.2730
Fax      513.333.4324

The preceding information is from the law firm of Graydon Head & Ritchey LLP and may be protected by attorney/client privilege. If you believe it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete the message. Do not retain a copy. Thank you.

---

**From:** Holscher, Mark C. [mailto:mholscher@kirkland.com]
**Sent:** Tuesday, April 28, 2020 5:22 PM
**To:** Pinney, John B.
**Subject:** RE: call

*** External email - use caution ***

John,

Thank you for talking today. I can confirm what I told you today- that my firm and I are representing both the Abudawood Group Parties and Clorox in the N.D. of CA action. Clorox's in-house counsel has confirmed that their offices are closed so there could be a significant delay before anyone in the legal department reads the fed ex that you sent to my client's general counsel. My client has asked that you email the letter to me at your earliest convenience today, and I will forward it to them. As we discussed, in light of your polite declination to extend our filing dates in DC or the N.D. of CA, we will be making the appropriate filings in both jurisdictions next Monday.

Thanks,

Mark


**Mark Holscher**
--------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8190  **M** +1 310 739 2459

**F** +1 213 680 8500

---

[mark.holscher@kirkland.com](mark.holscher@kirkland.com)

---

**From:** Holscher, Mark C.
**Sent:** Tuesday, April 28, 2020 10:40 AM
**To:** 'Pinney, John B.' <JPinney@Graydon.law>
**Subject:** RE: call

John,

1 pm CA time/ 4 pm ET works for a call today. Shall I call your cell?  Or you can call my office line below.

Thanks,

Mark



**Mark Holscher**

---

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8190  **M** +1 310 739 2459
**F** +1 213 680 8500

---

[mark.holscher@kirkland.com](mark.holscher@kirkland.com)

---

**From:** Pinney, John B. <JPinney@Graydon.law>
**Sent:** Monday, April 27, 2020 8:23 PM
**To:** Holscher, Mark C. <mholscher@kirkland.com>
**Subject:** [EXT] RE: call

1 PT / 4 ET works for me tomorrow.



| | |
|---|---|
| **JOHN B. PINNEY** | |
| Attorney | |
| **jpinney@graydon.law** | |
| 312 Walnut Street | Direct 513.629.2730 |
| Suite 1800 | Mobile 513.484.2730 |
| Cincinnati, OH 45202 | Fax 513.333.4324 |

The preceding information is from the law firm of Graydon Head & Ritchey LLP and may be protected by attorney/client privilege. If you believe it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete the message. Do not retain a copy. Thank you.

---

**From:** Holscher, Mark C. [mailto:mholscher@kirkland.com]
**Sent:** Monday, April 27, 2020 7:18 PM
**To:** Pinney, John B.
**Subject:** call

*** External email - use caution ***

John,

Please let me know if you are available to talk tomorrow re the ND of CA action.

Thanks,

Mark



**Mark Holscher**
------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8190  **M** +1 310 739 2459
**F** +1 213 680 8500
------------------------------------------------------
mark.holscher@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.